UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GARY BRUCE, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| | ) No. 1:20-cv-02084-SEB-MJD |
| BARNETS, INC., et al. | ) ) ) |
| Defendants. | ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

The parties, having filed with the Court their Joint Stipulation of Dismissal With Prejudice, and the Court having examined this Stipulation and being duly advised in the premises now finds that the Stipulation should be granted.

IT IS HEREBY ORDERED that this cause is dismissed in its entirety, WITH PREJUDICE, costs pre-paid.

Dated: 1/13/2022

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via e-mail generated by the Court's ECF System

4894-7484-0328, v. 1